

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00085-CV

| | | |
|---|---|---|
| DANNY K. PRINCE, Appellant | § | On Appeal from the 342nd District Court |
| V. | § | of Tarrant County (342-332806-22) |
| | § | October 5, 2023 |
| ROBERT M. WELEBA, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We affirm the trial court's order denying Appellant Danny K. Prince's summary judgment motion. We reverse the trial court's order granting Appellee Robert M. Weleba's motion and supplemental motion for summary judgment, and we remand this case to the trial court for further proceedings consistent with our opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack